**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Alex Barlow
abarlow@scott-scott.com
Kyle Dingman
kdingman@scott-scott.com
7718 Wood Hollow Dr.
Suite 105
Austin, TX 78731

**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
R. Collins Kilgore, State Bar No. 295084
ckilgore@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave.
Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INFINITE CHEMICAL ANALYSIS LABS, LLC; and ANRESCO INCORPORATED D/B/A ANRESCO LABORATORIES,<br><br>Plaintiffs,<br>v.<br><br>PRIDE ANALYTICS and CONSULTING, LLC AND 2 RIVER LABS, collectively D/B/A 2 RIVER LABS, INC.; VRX LABS, D/B/A 8 LANE INVESTMENTS, INC.; BELCOSTA LABS LONG BEACH LLC, D/B/A BEL COSTA LABS; CALIGREEN LABORATORY; CALIFORNIA CANNABIS TESTING LABS, D/B/A CC TESTING LABS; CALIFORNIA AG LABS, D/B/A CERTIFIED AG LABS; VK LABS, LLC, D/B/A DECANO ANALYTICAL LABORATORIES; ENCORE LABS LLC, D/B/A ENCORE LABS; EXCELBIS LABS LLC, D/B/A EXCELBIS LABS; GREEN LEAF LABS CA LLC, D/B/A GREEN LEAF LAB; HARRENS LAB INC.; LANDAU LABORATORIES, INC., D/B/A LANDAU LABS; and VERITY ANALYTICS, LLC, D/B/A VERITY ANALYTICS,<br><br>Defendant. | Case No. 5:24-cv-01349-MWF-RAO<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(i))** |

PLEASE TAKE NOTICE that Plaintiffs Infinite Chemical Analysis Labs, LLC, and Anresco Inc. d/b/a Anresco Laboratories, by and through undersigned counsel, hereby dismiss this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment in this action.

Dated: September 3, 2024         **WADE KILPELA SLADE LLP**

By: *GWade*
Gillian L. Wade
gwade@waykayslay.com
R. Collins Kilgore
ckilgore@waykayslay.com
Sara D. Avila
sara@waykayslay.com
Marc A. Castaneda
marc@waykayslay.com
2450 Colorado Ave.
Suite 100E
Santa Monica, CA 90404

Edwin J. Kilpela, Jr.
ek@waykayslay.com
6425 Living Pl., Suite 200,
Pittsburgh, PA 15206
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

David Slade
slade@ waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
Alex Barlow (*pro hac vice* application forthcoming)
abarlow@scott-scott.com
TX State Bar No. 24006798

Kyle Dingman (*pro hac vice* application forthcoming)
kdingman@scott-scott.com
TX State Bar No. 24078428
7718 Wood Hollow Dr.
Suite 105
Austin, TX 78731

*Attorneys for Plaintiffs*